AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
September 06, 2022
Nathan Ochsner, Clerk of Court

United States of America
v.
TIFFANI SHEA GISH,

Defendant(s)

Case No. 4:22-mj-2082

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 1, 2022__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat |
| Title 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Kidnap or Injure |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Amy Avila, FBI
_Printed name and title_

Sworn to before me by telephone

Date: September 06, 2022

_Judge's signature_

City and state: Houston, Texas

Hon. Peter Bray, U.S. Magistrate
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Amy Avila, being first duly sworn, hereby depose and state the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), currently assigned to the Joint Terrorism Task Force in the Southern District of Texas. Your Affiant is an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. I have been trained by the FBI in the preparation, presentation, and service of criminal complaints and arrest and search warrants and have been involved in the investigation of numerous types of offenses against the United States.

2. Your Affiant is submitting this affidavit for the limited purpose of establishing probable cause, that on or about September 1, 2022, defendant Tiffani Shea Gish, a/k/a "Evelyn Salt" violated Title 18, United States Code, Sections 115(a)(1)(B) (influencing federal official by threat) and 875(c) (interstate communications with a threat to kidnap or injure).

3. Your Affiant is familiar with the facts and circumstances set forth in this affidavit as a result of my participation in the investigation, and my experience, training, and background as a Special Agent with the FBI. The information contained within this affidavit is based upon my personal knowledge, as well as information and documentation that Your Affiant obtained from other law enforcement officers who have first-hand knowledge of the events described herein. This affidavit does not contain all information gathered during this investigation but is being submitted for the limited purpose of establishing probable cause that the individual below has engaged in criminal activity.

## PROBABLE CAUSE

### The Threatening Voicemails

4. On or about September 3, 2022, the Honorable Aileen Cannon, United States District Court Judge for the Southern District of Florida, forwarded three voicemails (the "Voicemails") left on her chamber's telephone to Supervisory Deputy United States Marshal Michael Witkowski. The calls appear to have been left on or about September 1, 2022. The phone number displayed on the caller identification was a cellphone number ending in 6374 with a Houston, Texas area code (the "6374 Cellphone").[1] Excerpts from the Voicemails are copied directly below.

### Voicemail on September 1, 2022, at 1:45 PM EST

"Hi, yes this message is for Aileen Cannon, this is Evelyn Salt, I'm in charge of nuclear for the United States Government. Again, Donald Trump has been disqualified long ago, and he's marked for assassination, you're helping him ma'am. So, here's what we're going to do, we're going to let you disarm fucking live nukes off your coffee table . . . . how about you sit on an electric chair a couple times over . . . you think you've got the magical ability to pop up from the dead . . . pretending that you're on the team of justice. Again, I told you he's [Donald Trump] disqualified, he's marked for assassination and so are you, you stupid bitch, stand the fuck down or get shot . . . and guess what, I'm also Trump's hitman, so consider it a bullet to your head from Donald Trump himself . . . ."

---

[1] The full cellphone number for the 6374 Cellphone is known to Your Affiant.

### Voicemail on September 1, 2022, at 4:55 PM EST

"Yes, Judge Cannon . . . listen, my name is Evelyn Salt, I've been trying to get in touch with you. I'm in charge of nuclear, and your fucking bullshit in your little court means absolute dick. My authority exceeds the POTUS, and what you're trying to pull is obstruction of justice, as this motherfucker is responsible for 9/11 . . . . Again, you're full of shit, and I'm going to fucking have you shot myself. I've already ordered snipers and a bomb to your fucking house . . . ."

### Voicemail on September 1, 2022, at 5:17 PM EST[2]

"Lady, my patience is up, I'm a federal fucking agent, I've been slaughtered to hell and back for three fucking decades after Donald sold my nuclear fucking arsenal and decided to slam it into the World Trade Center. You fuck up one fucking thing for me, after going through hell on earth, including be stuck on [unintelligible], I'm going to grab my license to kill, I'm going to take my ass to fucking Florida, and I'm going to personally throw a bullet to your fucking head in front of your kids . . . or whatever the fuck you've got that's important to you, do you understand my authority . . . you stand the fuck down . . . ."

### **Identification of Tiffani Shea Gish as "Evelyn Salt"**

5.    A law enforcement database revealed that the 6374 Cellphone was an AT&T cellphone number associated to Tiffani Shea Gish. A search of Tiffani Shea Gish of open-source data showed a Facebook page associated to that name. Specifically, the Facebook page of "Tiffani S Gish" (the "Gish Facebook Account") contained recent posts that mirror the language in the

---

[2]    Although the caller did not identify herself as "Evelyn Salt" on the voicemail left on September 1, 2022 at 5:17 PM EST, the caller is clearly the same person based on my review of the Voicemails.

Voicemails to include identifying herself as "Evelyn Salt," references to being a nuclear expert, and former President Trump taking her nukes and using them during 9/11.

6. The United States Marshals Service also contacted the United States Secret Service. The United States Secret Service also confirmed that "Evelyn Salt" was Tiffani Shea Gish based on the use of the 6374 Cellphone. The United States Secret Service was also aware of comments and threats that Tiffani Shea Gish had previously made directed toward former President Trump.

7. On or about September 4, 2022, the United States Marshals Service requested an emergency disclosure request from AT&T for cellphone location information for the 6374 Cellphone. Based on my review of data provided by AT&T, I know that the 6374 Cellphone was located within the Southern District of Texas on September 1, 2022.

8. Based on the content of the Voicemails, and the positive identification of Tiffani Shea Gish as "Evelyn Salt," agents from the United States Marshals Service (the "Agents") went to Gish's residence on September 4, 2022 (the "Residence") to interview Gish. Gish initially refused to allow the Agents in the Residence, agreed to speak with the Agents through a window on the balcony of the Residence before eventually inviting the Agents inside the Residence. Based on my conversations with the Agents, I know that Gish spoke with the Agents for approximately 45 minutes.

9. During that interview, Gish stated, in substance and in part, that: (1) she left the Voicemails; (2) that the 6374 Cellphone belonged to her; (3) that no one else besides her has access to the 6374 Cellphone; (4) that the Gish Facebook Account was used by her; and (5) that no one else had access to the Gish Facebook Account. Following this interview, the Agents received authorization to make a probable cause arrest of Gish.

10. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about September 1, 2022, in the Southern District of Texas, and possibly elsewhere, Tiffani Shea Gish made threats to influence a federal official, in violation of Title 18, United States Code, Section 115(a)(1)(B), and transmitted in interstate or foreign commerce communications containing threats to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

_____
Amy Avila, Special Agent
Federal Bureau of Investigation

Subscribed and telephonically sworn before me on September 6, 2022.  I find probable cause.

_____
UNITED STATES MAGISTRATE JUDGE
PETER BRAY

5