United States Courts
Southern District of Texas
FILED
*September 27, 2022*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § § | |
| **v.** § | **CASE NO.** |
| § § | |
| **TIFFANI SHEA GISH** § | |

**INDICTMENT**   4:22-cr-468

THE GRAND JURY CHARGES:

## COUNT ONE

On or about September 1, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

**TIFFANI SHEA GISH**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, a telephone call to A.C., a United States District Judge for the Southern District of Florida, threatening to, among other things, shoot and kill the judge.

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

On or about September 1, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

**TIFFANI SHEA GISH**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, a telephone call to A.C., a United States District Judge for the Southern District of Florida, threatening to, among other things, send a bomb to the judge's house.

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

On or about September 1, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant

**TIFFANI SHEA GISH**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, a telephone call to A.C., a United States District Judge for the Southern District of Florida, threatening to, among other things, shoot the judge in front of the judge's family.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Original Signature on File
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

*[signature]*
ALAMDAR HAMDANI
JOHN P. PEARSON
Assistant United States Attorneys