IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                                                    Cr. No.  H-22-0468

TIFFANI SHEA GISH

## UNOPPOSED MOTION FOR CONTINUANCE

Counsel for defendant, Tiffani Shea Gish, moves this Court for a continuance of the arraignment date, and respectfully shows as follows:

Ms. Gish is charged with three counts of knowingly transmitting in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c).

Arraignment has been set for October 4, 2022, at 2:00 p.m.

Defendant is currently undergoing a Court-ordered competency evaluation (ECF Dkt. #18).

For the above reason, undersigned counsel requests that a continuance be granted and that the arraignment postponed until the evaluation has been completed and competency has been determined.

The government is unopposed to this motion for continuance.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By: /s/ Heather Hughes
HEATHER HUGHES
Assistant Federal Public Defender
Southern District of Texas No. 3473328
Texas State Bar No. 24116543
440 Louisiana, Suite 1350
Houston, Texas 77002
    Telephone:  713.718.4600
    Fax:   713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Jon Pearson, and determined that the United States is unopposed to this motion for continuance.

By: /s/ Heather Hughes
HEATHER HUGHES

## CERTIFICATE OF SERVICE

I certify that on October 13, 2022, a copy of the foregoing was served by Notification of Electronic Filing and will be delivered by email to the office of AUSA John Pearson.

By: /s/ Heather Hughes
HEATHER HUGHES