United States Courts
Southern District of Texas
FILED

NOV 21 2022

Nathan Ochsner, Clerk of Court

Dear Honorable Judge Bray,

Greetings from the nutty ward. I am doing a covert military operation. My authority in the USA just which happens to exceed the POTUS is for such a time as this. Since Biden was being attacked, I had to step in + take the reigns. My position is for emergencies only. We are taking down Donald Satan Trump. I had to look mean to save lives due to a nuclear breech. I hope my military/CIA records show that I had to do a PSYOPS to save lives. Donald is a crafty gutless wonder who owes me money. I'm not a military girl.

Name Tiffani Gish
Reg. No. 20053510
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Bob Casey United States Courthouse
c/o Honorable Judge Bray
P.O. Box 61010
Houston, TX 77008-2600

NORTH TEXAS TX 750
17 NOV 2022 PM 2 L

7720S-101010