**Honorable David Hittner Presiding**
**Case Manager:** Joseph Wells          **Court Reporter:** D Smith
**USPO:** Chris Hopkins                 **Interpreter:**
**AM Begin:**          **End:**         **PM Begin:** 1:31    **End:** 1:57          **Date:** 02/09/2024

CR. No. 4:22-cr-468     Deft No. 1

| United States of America | § | **AUSA:** Steven Schammel |
|---|---|---|
| | § | |
| Vs. | § | |
| | § | |
| Tiffani Shea Gish | § | **Defense Counsel:** Heather Hughes |

### SENTENCING

☒ Sentencing held                                     ☐ With contested issues
    ☒ Guilty Plea      ☐ Guilty Verdict       Date: 11/9/2023   Counts: 1
☒ Indictment    ☐ Information              ☐ Indictment Waived
☒ Sentence:

> Committed to the Custody of the BOP for a term of 37 months. Supervised Release for a term of 3 years. Fine waived.

☒ Special assessment on counts: 1
    ☒ Remitted
☒ Counts dismissed on government's motion: 2-3
☐ Bond
    ☐ Continued      ☐ Forfeited      ☐ Set:
☐ Defendant ordered to surrender
    ☐ When designated    ☐ To US Marshal on:
☒ Defendant remanded to custody
☒ Terminate other settings for defendant
☒ Terminate motions for defendant
Other:

> Any objections overruled. PSR & Addendums adopted.